## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-1968–JLK

RAPID FUNDING, LLC, a Colorado limited liability company;

    Plaintiff,

v.

BPC GROUP, LLC, a Delaware limited liability company, and
BRYANT PARK CAPITAL, INC., a Delaware corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court upon Plaintiff and Defendants' Stipulated Motion for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), doc. #10, filed November 15, 2007.  The Motion is GRANTED.  It is

ORDERED that Plaintiff's claims against the Defendants, BPC GROUP, LLC, a Delaware limited liability company, and BRYANT PARK CAPITAL, INC., a Delaware corporation, are dismissed, with prejudice, all parties to pay their own attorneys fees and costs.

**DATED** this 15th day of November, 2007.

                                      **BY THE COURT:**

                                      *S/John L. Kane*
                                      United States District Court Judge